UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 24-07714 |
| Sabrina Shafer | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING MOTION FOR AUTHORITY TO PAY RETAINER PURSUANT TO 11 U.S.C 363(B) AND TO SHORTEN NOTICE**

This matter coming before the court on the motion of Sabrina Shafer (the "Debtor") for entry of an order authorizing payment of a postpetition retainer (the "Motion") to Alston & Bird, LLP, due notice having been given, and the court being fully advised,

IT IS HEREBY ORDERED:

1. The Motion is granted as set forth herein.
2. The Debtor is authorized to pay a postpetition retainer of $125,000.00 to Alston & Bird, LLP, to engage them on the terms found in the letter appended to the Motion.
3. Notice for the Motion is found to be sufficient given the circumstances.

Enter:

*[signature]*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: July 17, 2024

**Prepared by:**

Justin R. Storer (ARDC 6293889)
Law Office of William J. Factor, Ltd.
105 W. Madison St., Suite 2300
Chicago, IL 60602