UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Sabrina Shafer<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 24-07714<br><br>Chapter: 13<br>Honorable Deborah L. Thorne |

**ORDER GRANTING SKYLINE ADVANCED TECHNOLOGY SERVICES' MOTION FOR LEAVE TO OBTAIN DISCOVERY AND TO CONDUCT A RULE 2004 EXAMINATION OF DEBTOR AND ENTITIES SHE OWNS OR CONTROLS**

THIS MATTER COMING TO BE HEARD on the motion of Skyline Advanced Technology Service's Motion for Leave to Obtain Discovery and to Conduct a Rule 2004 Examination of Debtor Sabrina Shafer and entities she owns or controls, including but not limited to Breaking Autism, Inc. and Transformation Continuuum LLC, due notice of said motion having been given, and the Court being fully advised in the premises;

IT IS ORDERED:

That Skyline's motion for leave to conduct a Rule 2004 examination of Debtor Sabrina Shafer and entities she owns or controls, including but not limited to Breaking Autism, Inc. and Transformation Continuuum LLC is allowed. Oral and written examination of Debtor Sabrina Shafer, Breaking Autism, Inc., and Transformation Continuum LLC, including the production of documents, are authorized, pursuant to subpoenas to be issued.

Enter: *[signature: Deborah L. Thorne]*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: July 24, 2024

**Prepared by:**

MOMKUS LLP
1001 Warrenville Road, Suite 500
Lisle, IL 60532
Ph: 630-434-0400; Fax: 630-434-0444
Attorneys for Creditor, Skyline Advanced Technology Services
Attorney Registration No.: 6292610