Form G-3 (20230922)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN   DIVISION

In re:   Sabrina Shafer                    )   Chapter  13
                                           )
                                           )   No.   24-07714
                                           )
         Debtor(s)                         )   Judge  Deborah L. Thorne

## NOTICE OF MOTION

TO:  See attached list

    PLEASE TAKE NOTICE that on  September 11, 2024 , at  9:15 a.m.    , I will appear before the Honorable  Deborah L. Thorne  , or any judge sitting in that judge's place, **either** in courtroom  682  of the  Dirksen Federal Building, 219 S. Dearborn , Chicago, Illinois                     or electronically as described below, and present the motion of  Skyline Advanced Technololgy Services                     [to/for]  Second Motion for Extension of Time to Object  , a copy of which is attached.
                    to Confirmation

    **Important:  Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government.  All others must appear in person.**

    **To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

    **To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and passcode.

    **Meeting ID and passcode.**  The meeting ID for this hearing is  160 9362 1728 , and the passcode is  not required .  The meeting ID and passcode can also be found on the judge's page on the court's web site.

    **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

By:  _David A. Newby_
              David A. Newby
              Attorney for Skyline Advanced Technology Services

### CERTIFICATE OF SERVICE

I, __Cynthia Bednarski_____, certify [if an attorney]/declare under penalty of perjury under the laws of the United States of America [if a non-attorney] that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on __September 3, 2024__ , at __5:00 pm__ .


[Signature]

**United States Bankruptcy Court**
**Northern District of Illinois**
**Eastern Division**

**In Re**

|  |  |  |
|---|---|---|
| Sabrina Shafer, | ) | Chapter 13 |
| | ) | |
| Debtor, | ) | Case No.: 24-07714 |
| | ) | |
| | ) | Honorable Deborah L. Thorne |
| | ) | Hearing Date:  September 11, 2024 |
| | ) | Hearing time:  9:15 a.m. |

**SERVICE LIST**

Patrick S Layng
Office of the U.S. Trustee - Region 11
USTPRegion11.ES.ECF@usdoj.gov
(U.S. Trustee)
**(via CM/ECF system)**

Marilyn O Marshall
courtdocs@chi13.com
(Trustee)
**(via CM/ECF system)**

**<u>Counsel for Sabrina Shafer:</u>**
Justin R. Storer
Law Office of William J. Factor
105 W. Madison, Ste. 2300
Chicago, IL  60602
jstorer@wfactorlaw.com
**(via CM/ECF system)**

Sabrina Shafer
545 W. Belden Avenue #1F
Chicago, IL 60614
**Via regular mail**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re                                    )   Chapter 13
    Sabrina Shafer,                  )
                                        )
             Debtor.            )   Case No.: 24-07714
                                          )   Honorable Deborah L. Thorne
                                          )   Hearing date: September 11, 2024
                                          )   Hearing time: 9:15 am
                                          )

## SECOND MOTION OF SKYLINE ADVANCED TECHNOLOGY SERVICES TO EXTEND TIME TO OBJECT TO CONFIRMATION

Skyline Advanced Technology Services ("Skyline") moves this Court, under Fed. R. Bankr. P. 3015(f) and 9006(b) to further extend the time within which it must object to the confirmation of the Debtor's Chapter 13 plan. In support of its motion, Skyline states as follows:

1.      On February 6, 2024, Skyline was awarded a judgment in the United States District Court for the Northern District of California against the Debtor for $745,061.53 based on, among other things, the Debtor's breaches of duties owed to Skyline. A copy of the judgment order is attached hereto as Exhibit A. The Debtor is pursuing an appeal of that judgment order.[1]

2.      On May 23, 2024, the Debtor filed her Chapter 13 petition in this Court commencing the above-captioned bankruptcy case. On that date the Debtor also filed her Chapter 13 plan.

3.      Originally, the hearing on confirmation of the plan was set for July 10, 2024. Accordingly, pursuant to Fed. R. Bankr. P. 3015(f), Skyline's objection to the plan would have

---

[1] The Debtor obtained an order of this Court on June 5, 2024, modifying the stay as to her appeal to the U.S. Court of Appeals for the Ninth Circuit. Additionally, that order provided stay relief to Skyline with respect to its own appeal from a separate order in the underlying litigation.

been due on July 3, 2024.  Skyline moved the Court for an extension of time to object to the

plan, which was granted by the Court on July 10, 2024, and which extended the time to object to

September 3, 2024.

4.      Since then, Skyline has obtained from this Court an order authorizing it to seek

discovery from the Debtor and affiliated entities under Fed. R. Bankr. P. 2004.  In accordance

with that order, Skyline issued subpoenas to the Debtor and those affiliates.  The production of

documents pursuant to those subpoenas is due (per agreement of the parties) on September 6,

2024.  Skyline will also seek to take the Debtor's deposition once it has reviewed the documents.

This discovery is critical to Skyline's decision on objecting to the Debtor's plan.

5.      On August 14, 2024, on motion of the Chapter 13 Trustee, the confirmation

hearing on the Debtor's plan was rescheduled to September 25, 2024, making Skyline's

objection due on September 18, 2024, under Bankruptcy Rule 3015(f).  However, the Court's

order establishing September 3, 2024, as the deadline for any objection by Skyline stands and

has not been vacated.  Therefore, in an abundance of caution, Skyline requests that the date by

which it must object to the Debtor's plan be extended to September 18, 2024, without prejudice

to a further extension if requested and allowed by the Court.

6.      Counsel for the Debtor has been consulted and has no objection to Skyline's

requested extension.

WHEREFORE, Skyline Advanced Technology Services prays this Court extend the time within which it must file an objection to the Debtor's Chapter 13 plan to September 18, 2024, and grant such other and further relief as may be appropriate in the circumstances.

Respectfully submitted,
Skyline Advanced Technology Services

One of its attorneys

David A. Newby
Momkus LLP
1001 Warrenville Rd., Suite 500
Lisle, Il 60532 / 630-434-0400
ARDC No.:  6191580
dnewby@momkus.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYLINE ADVANCED TECHNOLOGY SERVICES, <br><br> Plaintiff, <br><br> v. <br><br> SABRINA SHAFER, <br><br> Defendant. | Case No.  18-cv-06641-CRB <br><br><br> **JUDGMENT** |

The Court, having granted in part the motion for summary judgment filed by Plaintiff Skyline Advanced Technology Services, <u>see</u> Order on MSJ (dkt. 98), held a bench trial, <u>see</u> Bench Trial (dkt. 143), and ordered the disgorgement of $745,061.53 in income as indicated in its Findings of Fact and Conclusion of Law, hereby ENTERS JUDGMENT for Plaintiff against Defendant.

**IT IS SO ORDERED.**

Dated: February 6 , 2024

CHARLES R. BREYER
United States District Judge



EXHIBIT

A