UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 24-07714
Sabrina Shafer )
 )  Chapter: 13
 )  Honorable Deborah L. Thorne
 )
 )
Debtor(s) )

### ORDER GRANTING SKYLINE ADVANCED TECHNOLOGY SERVICES' MOTION FOR EXTENDING TIME FOR OBJECTING TO CONFIRMATION

This matter comes on for ruling on the Third Motion of Skyline Advanced Technology Services for Extension of Time to Object to Confirmation, it appearing to the Court that proper notice of the motion was given and the Court being otherwise duly advised;

IT IS HEREBY ORDERED:

Skyline Advanced Technology Services is granted to and including December 18, 2024, to file an objection to Debtor's Chapter 13 plan.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: September 25, 2024

**Prepared by:**

MOMKUS LLP
1001 Warrenville Road, Suite 500
Lisle, IL  60532
Ph: 630-434-0400; Fax: 630-434-0444
Attorneys for Creditor, Skyline Advanced Technology Services
Attorney Registration No.: 6292610