UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Sabrina Shafer<br><br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  24-07714<br><br>Chapter:  13<br>Honorable Deborah L. Thorne |

**ORDER GRANTING SKYLINE ADVANCED TECHNOLOGY SERVICES' SECOND MOTION FOR EXTENDING TIME FOR OBJECTING TO DISCHARGE OR FILE A COMPLAINT TO DETERMINE DISCHARGEABILITY**

This matter comes on for ruling on the Motion of Skyline Advanced Technology Services for Extension of Time to Object to Discharge or File a Complaint to Determine Dischargeability;

IT IS HEREBY ORDERED:

Skyline Advanced Technology Services is granted to and including March 18, 2025, to file a complaint to determine the dischargeability of Debtor's debts and to object to the Debtor's discharge.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  December 04, 2024

**Prepared by:**

MOMKUS LLP
1001 Warrenville Road, Suite 500
Lisle, IL  60532
Ph: 630-434-0400; Fax: 630-434-0444
Attorneys for Creditor, Skyline Advanced Technology Services
Attorney Registration No.:  6191580