UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 24-07714
Sabrina Shafer )
) Chapter: 13
) Honorable Deborah L. Thorne
)
)
Debtor(s) )

**ORDER GRANTING SKYLINE ADVANCED TECHNOLOGY SERVICES' MOTION FOR EXTENDING TIME FOR OBJECTING TO CONFIRMATION**

This matter comes on for ruling on the Fourth Motion of Skyline Advanced Technology Services for Extension of Time to Object to Confirmation;

IT IS HEREBY ORDERED:

Skyline Advanced Technology Services is granted to and including March 18, 2025, to file an objection to Debtor's Chapter 13 plan.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: December 04, 2024

**Prepared by:**

MOMKUS LLP
1001 Warrenville Road, Suite 500
Lisle, IL  60532
Ph: 630-434-0400; Fax: 630-434-0444
Attorneys for Creditor, Skyline Advanced Technology Services
Attorney Registration No.: 6292610