IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYLINE ADVANCED TECHNOLOGY SERVICES,<br><br>    Plaintiff,<br><br>v.<br><br>SABRINA SHAFER,<br><br>    Defendant. | Case No. 18-cv-06641-CRB |
| SABRINA SHAFER,<br><br>    Plaintiff,<br><br>v.<br><br>SKYLINE ADVANCED TECHNOLOGY SERVICES, et al.,<br><br>    Defendants. | Case No. 19-cv-00787-CRB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

    The Court has reviewed Magistrate Judge Robert M. Illman's Report and Recommendation regarding Plaintiff Skyline Advanced Technology Services' motion for evidentiary and monetary sanctions against Defendant Sabrina Shafer. See R&R (dkt. 62) in Case No. 18-06641-CRB. Fourteen days have passed since the Report was filed and the Court has received no objection. The Court finds the Report correct, well-reasoned, and thorough, and ADOPTS it in all respects. Accordingly, the Court DISMISSES Ms. Shafer's case (Case No. 19-cv-00787-CRB), and WILL INSTRUCT the jury in the Skyline case (Case No. 18-cv-6641-CRB)

//

EXHIBIT C

to presume that the lost information was unfavorable to Shafer.

**IT IS SO ORDERED.**

Dated: July 30, 2020

CHARLES R. BREYER
United States District Judge