UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Sabrina Shafer<br><br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 24-07714<br><br>Chapter: 13<br>Honorable Deborah L. Thorne |

## ORDER GRANTING CREDITOR ALSTON & BIRD LLP'S MOTION FOR SUR-REPLY

This case is before the court on the motion of Creditor Alston & Bird to file a Sur-Reply to Creditor Skyline's Reply to Alston & Bird's Objection to Skyline's Motion to Obtain Discovery.

IT IS ORDERED that

The motion is granted as follows: The movant may file a sur-reply.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: January 15, 2025

**Prepared by:**

Alston & Bird LLP
55 2nd St Ste 2100
San Francisco CA, 94105