**IN THE UNITED STATES BANKRUPTY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | : | Case No.: 24-07714 |
| SABRINA SHAFER | : | |
| | : | Chapter 13 |
| Debtors. | : | |
| | : | |
| | : | |
| | : | |

**NOTICE OF SATISFACTION OF CLAIM NO. 1 FILED BY WELLS FARGO BANK, N.A.**

Wells Fargo Bank, N.A. ("Wells Fargo") filed a proof of claim identified by the Clerk as Claim Number 1 (the "Claim") on 05/30/2024 in the amount of $3,659.74. Notice is hereby given that the Claim has been deemed satisfied by Wells Fargo.

Respectfully submitted,

/s/ Lacey Bruns
Wells Fargo Bank, N.A.
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438
Telephone: 877-361-5581
Fax: 800-270-1430