## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   24-07714 |
| Sabrina Shafer, | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### ORDER GRANTING JOINT MOTION TO SETTLE DISPUTES
### BETWEEN DEBTOR AND SKYLINE

This matter coming to be heard on the Joint Motion (the "Motion") of Sabrina Shafer (the "Debtor") and Skyline Advanced Technology Services ("Skyline") (Skyline and the Debtor are the "Movants") for the entry of an Order (a) granting Movants whatever authority is required to execute and consummate a settlement that will resolve Skyline's claims against the Debtor and provide global releases between the parties, (b) authorizing the filing under seal of the settlement agreement between the parties, (c) concluding that notice of this motion is proper under the circumstances, and (d) waiving the 14-day stay of Bankruptcy Rule 6004; and the Court having reviewed the Motion and determined there is good cause for the entry of this order, DOES HEREBY ORDER THAT:

1. The Joint Motion is granted as set forth herein; and

2. The settlement identified in the Motion and the Settlement Agreement is approved and can be consummated. The Debtor also is authorized to execute the Settlement Agreement and to bind the bankruptcy estate to its terms.

3. The parties are authorized to file the Settlement Agreement under seal.

4. Notice of the Motion is sufficient under the circumstances and the stay of execution under Rule 6004(h) is waived and the settlement may be consummated immediately,

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  February 24, 2025

**Prepared by:**

William J. Factor (6205675)
Justin Storer (6293889)
FACTORLAW
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel: (312) 878-6976
Fax: (847) 574-8233
Email: wfactor@wfactorlaw.com
jstorer@wfactorlaw.com