# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 13 |
| **Sabrina Shafer,** | Bankruptcy No. 24-07714 |
| Debtor. | Hon. Deborah L. Thorne |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on March 5, 2025 at 9:15 a.m., I will appear before the Honorable Deborah L. Thorne, or any judge sitting in her place, **either** in courtroom 682 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, 60604 **or** electronically as described below, and present the **Motion to Dismiss**, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet,** go to this link: https://www.zoomgov.com/. Then enter the meeting ID.

**To appear by Zoom using a telephone,** call Zoom for Government at 1-669- 254-5252 or 1-646-828-7666. Then enter the meeting ID.

**Meeting ID and password.** The meeting ID for this hearing is 160 9362 1728 – no password required. The meeting ID and other information can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Dated: February 26, 2025                              By: */s/ Justin R. Storer*

Justin R. Storer (ARDC 6293889)
**FACTORLAW**
105 W. Madison Street, Suite 2300
Chicago, IL 60602

Tel: (312) 373-7226
Fax: (847) 574-8233
Email: jstorer@wfactorlaw.com

## CERTIFICATE OF SERVICE

I, Justin R. Storer, an attorney,

☒ an attorney, certify

—or—

☐ a non-attorney, declare under penalty of perjury under the laws of the United States of America

that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method shown on February 26, 2025.

                                                                                      */s/ Justin R. Storer*

## SERVICE LIST

**Registrants**
(Service via ECF)

| | |
|---|---|
| **Adam Brief** | USTPRegion11.ES.ECF@usdoj.gov |
| **Lieb Lerner** | leib.lerner@alston.com |
| **Marilyn O. Marshall** | courtdocs@chi13.com |
| **David Newby** | dnewby@momkus.com |

**Non-Registrants**
(Service via U.S. Mail)

**Sabrina Shafer**
545 W Belden Ave. #1F
Chicago, IL 60614

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 13 |
| **Sabrina Shafer,** | Bankruptcy No. 24-07714 |
| Debtor. | Hon. Deborah L. Thorne |

### MOTION TO DISMISS

The Debtor seeks to dismiss her chapter 13 bankruptcy case.

1. This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334, and Local Rule 40.3.1(a) of the United States District Court for the Northern District of Illinois. Venue of the above-captioned case and of this motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b).

2. Pursuant to 11 U.S.C. § 1307(b), "On request of the debtor at any time, if the case has not been converted… the court shall dismiss a case under this chapter."

3. This case has not been previously converted.

Dated: February 26, 2025                    Sabrina Shafer,

                                            By: /s/ Justin R. Storer
                                            One of her attorneys

Justin R. Storer (ARDC 6293889)
**FACTORLAW**
105 W. Madison Street, Suite 2300
Chicago, IL 60602
Tel:   (312) 373-7226
Fax:   (847) 574-8233 | Email:  jstorer@wfactorlaw.com