Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 24−07714
Chapter: 13
Judge: Deborah L. Thorne

In Re:
　Sabrina Shafer
　aka Sabrina Monika Shafer, fka Sabrina Crowder
　545 W Belden Ave. #1F
　Chicago, IL 60614

Social Security / Individual Taxpayer ID No.:
　xxx−xx−2144

Employer Tax ID / Other nos.:

---

**NOTICE OF DISMISSAL**

You are hereby notified that this case was dismissed on March 5, 2025

　　　　　　　　　　　　　　　　　　　FOR THE COURT

Dated: March 6, 2025　　　　　　　　　Jeffrey P. Allsteadt , Clerk
　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

United States Bankruptcy Court

Northern District of Illinois

| | |
|---|---|
| In re: | Case No. 24-07714-DLT |
| Sabrina Shafer | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0752-1    User: admin    Page 1 of 2
Date Rcvd: Mar 06, 2025    Form ID: ntcdsm    Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sabrina Shafer, 545 W Belden Ave. #1F, Chicago, IL 60614-7545 |
| 30965629 | + | Alston & Bird LLP, 55 Second Street, Suite 2100, San Francisco, CA 94105-3470 |
| 30860509 | #+ | Alston and Bird, 560 Mission Street, Suite 2100, San Francisco, CA 94105-0912 |
| 30959567 | + | Carlton Odim, 77 West Wacker Drive, Suite 4500, Chicago, IL 60601-1680 |
| 30965628 | + | Chaka Patterson, 55 Second Street, Suite 2100, San Francisco, CA 94105-3470 |
| 30860513 | + | Magna Trial Graphix, PO Box 822804, Philadelphia, PA 19182-2804 |
| 30860514 | + | Rick Snyder, 3000 Jonathon Lane, Woodstock, IL 60098-2328 |
| 30860515 | | Skyline ATS, 450 Golden Gate Avenue, Box 36060, San Francisco, CA 94102-3489 |
| 30959805 | + | Skyline Advanced Technology Services, c/o David A Newby/Momkus LLP, 1001 Warrenville Rd., Ste. 500, Lisle, IL 60532-4306 |
| 30860516 | + | Stephen A. Dennis, Thoits Law, 400 Main St., Suite 250, Los Altos, CA 94022-2842 |
| 30860517 | #+ | Turner Boyd Seraphine, 155 Bovet road, San Mateo, CA 94402-3158 |
| 30955084 | #+ | Turner Boyd Seraphine LLP, 155 Bovet Road, Suite 750, San Mateo, CA 94402-3158 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: courtnotices@chi13.com | Mar 06 2025 22:48:00 | Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604-2503 |
| 30860510 | + | EDI: BANKAMER2 | Mar 07 2025 03:26:00 | Bank of America, 100 North Tryon Street, Charlotte, NC 28255-0001 |
| 30860511 | | Email/Text: rev.bankruptcy@illinois.gov | Mar 06 2025 22:48:00 | Illinois Department of Revenue, P.O. Box 19035, Springfield, IL 62794-9006 |
| 30860512 | | EDI: IRS.COM | Mar 07 2025 03:26:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 30867901 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Mar 07 2025 02:47:53 | Wells Fargo Bank Small Business Lending Division, PO Box 29482 MAC S4101-08C, Phoenix, AZ 85038-9482 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

Case 24-07714  Doc 72  Filed 03/08/25  Entered 03/08/25 23:09:33  Desc Imaged
Certificate of Notice  Page 3 of 3

| District/off: 0752-1 | User: admin | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Mar 06, 2025 | Form ID: ntcdsm | Total Noticed: 17 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
| --- | --- | --- |
| Date: Mar 08, 2025 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Adam Brief | Ustpregion11.es.ecf@usdoj.gov |
| Alex J Whitt | on behalf of Debtor 1 Sabrina Shafer awhitt@wfactorlaw.com bsass@wfactorlaw.com;awhitt@ecf.courtdrive.com |
| Chaka M. Patterson | on behalf of Creditor Alston & Bird LLP chaka.patterson@alston.com |
| David A. Newby | on behalf of Creditor Skyline Advanced Technology Services dnewby@momkus.com cbednarski@momkus.com |
| Justin R. Storer | on behalf of Debtor 1 Sabrina Shafer jstorer@wfactorlaw.com bsass@wfactorlaw.com;jstorer@ecf.courtdrive.com |
| Leib M Lerner | on behalf of Creditor Alston & Bird LLP leib.lerner@alston.com melanie.mizrahie@alston.com |
| Marilyn O Marshall | courtdocs@chi13.com |
| William J Factor | on behalf of Debtor 1 Sabrina Shafer wfactor@wfactorlaw.com wfactorlaw@gmail.com;bsass@wfactorlaw.com;wfactor@ecf.courtdrive.com;wfactormyecfmail@gmail.com;factorwr43923@notify.bestcase.com |

TOTAL: 8