## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 13 |
| **Sabrina Shafer**, | Bankruptcy No. 24-07714 |
| Debtor. | Honorable Deborah L. Thorne |

## <u>CHANGE OF ADDRESS FOR DEBTOR</u>

Please take notice that Sabrina Shafer's address has changed, and is now:

> **Sabrina Shafer**
> **1730 N. Clark St., #105**
> **Chicago, IL 60614**

Dated: April 10, 2025

Respectfully Submitted,
**Sabrina Shafer**,

By: */s/ Justin R. Storer*
One of her attorneys

Justin R. Storer (ARDC 6293889)
**THE LAW OFFICE OF**
  **WILLIAM J. FACTOR, LTD.**
105 W. Madison, Suite 2300
Chicago, IL 60602
Tel:     (312) 373.7226
Fax:     (847) 574.8233
Email:   jstorer@wfactorlaw.com

{00019478}